IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                       CASE NO. 16-10043 BKT

ANITA  QUINTANA

                         Chapter 7

XXX-XX-8061

                      FILED & ENTERED ON 2/17/2017

           Debtor(s)

**ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521**

Upon debtor's failure to file all the documents and/or information required by 11 U.S.C. § 521(a), it is now

ORDERED that the instant case be and is hereby dismissed pursuant to 11 U.S.C. § 521(i) effective on the 46th day after the date of the filing of the petition.

SO ORDERED.

In San Juan, Puerto Rico, this 17 day of February, 2017.

                               Brian K. Tester
                            U.S. Bankruptcy Judge

C: All creditors